Clifford SMALL, Sr., Appellant,

v.

**ARKANSAS FAIR HOUSING COMMISSION, Appellee.**

No. 07–1455.

United States Court of Appeals, Eighth Circuit.

Submitted: March 18, 2008.

Filed: March 27, 2008.

John Wesley Hall Jr., John Wesley Hall, Jr., P.C., Little Rock, AR, for Appellant.

Clifford Small Sr., Little Rock, AR, pro se.

Sherri L. Robinson, Attorney General's Office, Little Rock, AR, for Appellee.

Before BYE, SMITH, and BENTON, Circuit Judges.

PER CURIAM.

Clifford Small, Sr., an African–American male, appeals the district court's [1] adverse grant of summary judgment in his employment-discrimination suit. Having carefully reviewed the record, we affirm for the reasons stated in the district court's well-reasoned opinion. *See* 8th Cir. Rule 47B.

---

1. The Honorable William R. Wilson, Jr., United States District Judge for the Eastern District of Arkansas.